```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>            Plaintiff,<br><br>Vs.<br><br>Ket Bounkousonh, et al.,<br><br>            Defendants. | Case Number 25-0870 SCR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff Oscar Ramos, and defendants, Ket Bounkousonh and Vattadi Fairfield Square LLC (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Cris C. Vaughan), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs. This agreement was entered into with all defendants.
2. This written settlement contemplates dismissal of this action as against all defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

1 | Attorney for Plaintiff Oscar Ramos                                           12/29/2025
2 |
3 | Vaughan & Associates Law Office, APC  – By: Cris C. Vaughan <u>/s/ Cris C. Vaughan</u>
4 | Attorney for all defendants                                                  12/29/2025
5 |
6 |                                    FILER'S ATTESTATION
7 |
8 | I hereby attest that on December 29, 2025, I, Richard A. Mac Bride, the attorney of record for
9 | plaintiff herein, received the concurrence of attorney Cris C. Vaughan, in the filing of this
10 | document.
11 |
12 | <u>/s/ Richard A. Mac Bride</u>
13 | Richard A. Mac Bride

[~~PROPOSED~~] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Bounkousonh, et al., Case No. 25-0870 SCR, in the Eastern District of California, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Date: December 30, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE